**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-61839-DAMIAN/STRAUSS**

**JESSICA MURCH**, *individually and*
*on behalf of all others similarly situated*,

       Plaintiff,

v.

**QUEST HEALTH SOLUTIONS, LLC**
**and HAPPY QUOTE LLC,**

       Defendants.

                                            /

## DISCOVERY ORDER

**THIS CAUSE** came before the Court upon a discovery hearing on February 25, 2026, and Defendant Quest Health Solutions LLC's *ore tenus* Motion to Compel (the "Motion"), as to the issues set forth in the parties' Joint Discovery Status Report [DE 92].  For the reasons stated on the record at the hearing, it is **ORDERED and ADJUDGED** as follows:

1.      For Interrogatories Nos. 2 and 3 and Request for Production No. 8, the Motion is **GRANTED IN PART and DENIED IN PART**.  Plaintiff shall respond to interrogatories numbers 2 and 3 along with request for production number 8, limited to the period from 2023 to the present.

2.      For Request for Production No. 3, the Motion is **GRANTED**.  Plaintiff shall produce responsive documents without redaction.

3.      For Request for Production No. 7 (as narrowed by the parties' agreement), the Motion is **GRANTED**.  As the parties agreed at the hearing, Plaintiff shall produce any social media or other online posts that Plaintiff has made in the last 2 years regarding the TCPA.

However, Plaintiff does not need to produce any litigation documents filed online on Plaintiff's behalf.

4.      Plaintiff shall provide the above responses to Defendant no later than **March 27, 2026**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of February 2026.

Jared M. Strauss
United States Magistrate Judge