**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-cv-61839-DAMIAN/STRAUSS**

JESSICA MURCH, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

QUEST HEALTH SOLUTIONS, LLC and
HAPPY QUOTE LLC,

      Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

The Plaintiff files this notice to advise the Court that the Plaintiff has reached a

settlement in this matter as to all claims, and intends to file a notice of dismissal with prejudice

within 60 days.

Dated: March 04, 2026.                Respectfully submitted,

By: */s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.
Fla. Bar No.: 0067926
**EGGNATZ | PASCUCCI**
7450 Griffin Rd., Suite 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913
JEggnatz@JusticeEarned.com

*Local Counsel for Plaintiff*
Andrew Perrong, Esq.
*(Admitted Pro Hac Vice)*

2

**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff and the Class*


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 04, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

                              */s/   Joshua H. Eggnatz*
                              Joshua H. Eggnatz, Esq.