**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-cv-61839-DAMIAN/STRAUSS**

JESSICA MURCH, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

QUEST HEALTH SOLUTIONS, LLC and
HAPPY QUOTE LLC,

      Defendants.

_____/

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JESSICA MURCH

and Defendant QUEST HEALTH SOLUTIONS, LLC, hereby stipulate to dismiss the Plaintiff's

individual claims without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 05, 2026.          Respectfully submitted,

          By: */s/ Joshua H. Eggnatz*
          Joshua H. Eggnatz, Esq.
          Fla. Bar No.: 0067926
          **EGGNATZ | PASCUCCI**
          7450 Griffin Rd., Suite 230
          Davie, FL 33314
          Tel: (954) 889-3359
          Fax: (954) 889-5913
          JEggnatz@JusticeEarned.com

          *Local Counsel for Plaintiff*

          Andrew Perrong, Esq.
          *(Admitted Pro Hac Vice)*

**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Counsel for Plaintiff and the Class*

<u>/s/ Sandra Ramirez Loe</u>
A. Sheila Oretsky, Esq.
Florida Bar No. 31365
Mark A. Salky, Esq.
Florida Bar No. 58221
Sandra Ramirez Loe, Esq.
Florida Bar No. 1010385
**GREENBERG TRAURIG, P.A.**
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717
Sheila.oretsky@gtlaw.com
mark.salky@gtlaw.com
Sandra.Loe@gtlaw.com
burkek@gtlaw.com
Raquel.acuna@gtlaw.com
MIAlitdock@gtlaw.com

**GREENBERG TRAURIG LLP**
Brian T. Feeney, Esq.
Admitted Pro Hac Vice
Samantha Greenfield
Admitted Pro Hac Vice
1717 Arch St. Suite 400
Philadelphia, PA 19103
Telephone: 215-988-7812
brian.feeney@gtlaw.com
samantha.Greenfield@gtlaw.c*om*

*Attorneys for Defendant Quest Health
Solutions, LLC*

2

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 05, 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

/s/  *Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.

3